sion Communication, we will dismiss the appeal. The Joint Application seeks leave to file a post-submission communication in the nature of an application to dismiss the first question presented on appeal on mootness grounds, given that a new reciprocal arrangement with the state of Oregon, concerning admission to the bar, effective January 1, 2010, has opened the door to petitioner's admission to the Pennsylvania bar under the existing Rules. In light of this material change in circumstances, there is no need to pass upon either question on appeal and, in the interest of judicial economy, there is no need to file the requested post-submission communication. Accordingly, this appeal is hereby DISMISSED and the Joint Application is DENIED as MOOT.

989 A.2d 1277

William SMITH; Gregory Thomas; Hugh Williams; Gary Kretchmar

v.

COMMONWEALTH of Pennsylvania; Edward G. Rendell, in His Official Capacity as Governor of the Commonwealth of Pennsylvania; Tom Corbett, Attorney General of the Commonwealth of Pennsylvania; Pennsylvania Board of Pardons.

Appeal of George Trudel, Peter Hogan, Jonathan Margoles, Gerald Teagle, Jeffrey Branch, Earnest J. Burton, Jr., Stan Rosenthal, Hubert F. Blount, Bobby E. Brightwell, Michael Moore, Jesse Tancemore, William Melson, Jerome Boyd, Larry Stephenson, Kenneth McIntyre, Antonio Mazzccua, Lonnie Johnson, John Hall, Bernard Lane, Brian Wallace, Jesse Faust, Wilfeld Patterson, Lawrence Holz, James Everett, III, Roy Holloway, David Lennitt, Jr., Robert Rigler, Stuart Szczesniewski, Aaron Wheeler, Charmaine Pfender, Stanley Brown, Wilmer Gay, Thomas Robinson, Possible Intervenors.

Supreme Court of Pennsylvania.

March 24, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Order of the Commonwealth Court is affirmed.

989 A.2d 1277

**Joseph VICARI as Administrator of the
Estate of Barbara Vicari, Deceased**

v.

**Joseph R. SPIEGEL, M.D., Pramila Rani Anne, M.D.
and Jefferson Radiation Oncology Associates.**

**Appeal of Joseph R. Spiegel, M.D.**

**Joseph Vicari as Administrator of the Estate
of Barbara Vicari, Deceased**

v.

**Joseph R. Spiegel, M.D., Pramila Rani Anne, M.D.
and Jefferson Radiation Oncology Associates.**

**Appeal of Pramila Rani Anne, M.D. and Jefferson
Radiation Oncology Associates.**

Supreme Court of Pennsylvania.

Argued Oct. 21, 2009.

Decided March 25, 2010.